ANTONIO DEL PINO et al., Respondents, *v.* OZIAS HERMANCE, EDUARDO H. GATO, Appellant.

(Argued June 18, 1885 ; decided June 26, 1885.)

*Jacob Fromme* for appellant.

*G. A. Seixas* for respondent.

Agree to affirm ; no opinion.
All concur, except DANFORTH, J., not voting.
Order affirmed.

———————

SUSAN S. GREGG, as Administratrix, etc., Respondent, *v.* JESSE STANARD et al., Appellants.

(Argued June 18, 1885 ; decided June 26, 1885.)

*M. M. Waters* for appellants.

*W. H. Gifford* for respondent.

Agree to dismiss appeal ;  no opinion.
All concur.
Appeal dismissed.

———————

HARRIET H. ARMSTRONG, Respondent, *v.* THOMAS ARMSTRONG, Appellant.

(Argued June 18, 1885 ; decided June 26, 1885.)

*Esek Cowen* for appellant.

*G. H. Beckwith* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.